**Arshak Bartoumian, Esq. (SBN 210370)**
**Law Offices of Arshak Bartoumian**
**124b W. Stocker Street**
**Glendale Ca 91202**
**Telephone: (818) 532-9339**
**Fax: (866) 400-4091**

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAGRAT BALASANYAN, an individual | Case No.: 2:12-cv-07589-DSF-(DSFx) |
| Plaintiff | DECLARATION OF ARSHAK BARTOUMIAN |
| vs. | |
| DEPARTMENT STORES NATIONAL BANK., *et al* Defendants | |

1. I am the attorney representing the plaintiff and I make this declaration is support of my response to the pending Order to Show Cause by the courts own motion.

2. By virtue of the foregoing, I have personal knowledge of the facts set forth in this Declaration, and if called upon as a witness, could and would testify competently to these facts under oath.

3. My personal family issues had previously kept me from fully doing my responsibilities as I have had three family deaths in the past months, that being of my uncle, my cousin, and then my mom.

4. However, after these occurrences which had taken a toll on me personally, I had my own personal medical issues. I was seen by internal medicine doctor Shanna Hyunshil Choi, M.D., on June 18, 2012 for chest pains. The doctor did an EKG, and

other heart related tests, and my chest wall had pain was the outcome. See attached exhibit "A"

5. My primary doctor Steven We Kin Lee, M.D. ordered me to see him on August 30, 2012 as for concerns over my blood pressure and chest pains. At that time various tests were ordered and blood pressure medication was ordered, along with blood testing as shown via exhibit "B".

6. My tests for blood work were collected on September 27, 2012 with results given on September 28, 2012 as shown via exhibit "C". The results were not well for my age and normality. The standard range for micro albumin is less than 20.00, with my results being 648, which is over 30 times the normal limit. This was also true as to for micro albumin / creatine in the blood which should be less than 30, but my results were 225.

7. I was told that there was leakage of blood in the urine which was due to damage to my kidneys. If persisted, there may be transfusions, dialysis, and kidney replacement so further testing and ultrasounds were to be done.

8. I was instructed to lose weight, exercise, less stress, low sodium and low sugar diet, as an initial step in this medical problem. I was then retested again on November 1, 2012, with results given on November 2, 2012. The Micro albumin content had decreased to 485, and the micro albumin / creatinine was 201. Both levels had come down with my losing close to 25 pounds. See attached exhibit "D".

9. I was further seen by other doctors in the mean time, Dr. Kassabian, M.D. as a urologist, and finally was referred to Dr. Bijan Nikakhtar M.D. at UCLA Medical Center a specialist in Kidney. Dr. Nikakhtar has been treating me with further testing, such as 24 hour lab testing, oxygen therapy, wherein I have been ordered to do ten sessions in a oxygen tank to replenish my oxygen in the body. I have only done a few tests thus far, as each is once a week and drains me after each session.

10. Further new blood works, ultrasounds, X-rays and EKG have been reordered for both my Hearth and Kidnesy. Although promising that the amount has been lowered, the

1  amounts are still significantly high for my age.  I have been further ordered to do
2  testing to see if the damage to the kidneys are cancerous.  All this is to find out the
3  cause of the damage, so that preventive action can be taken immediately.

4  11.  This is a life changing matter as there is damage to my kidneys, which I have always
5  thought was lower back pain, however, the pain is due to the kidneys.  Both sides
6  have been in pain and are being looked at to see the true cause.

7  12.  Adding more distress and sorrow, on Thanksgiving Day, my grandmother passed
8  away.  This year has truly been a loss for words, and with my own health issues, my
9  life has been in shambles.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.  Executed this November 24, 2012 Glendale, California.

*/s/Arshak Bartoumian*
Arshak Bartoumian

**Arshak Bartoumian, Esq. (SBN 210370)**
**Law Offices of Arshak Bartoumian**
**124b W. Stocker Street**
**Glendale Ca 91202**
**Telephone: (818) 532-9339**
**Fax: (866) 400-4091**

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE HANNA, an individual ) | Case No.: 2:12-cv-07703-DSF-(VBKx) |
| ) | |
| Plaintiff ) | DECLARATION OF ARSHAK BARTOUMIAN |
| ) | |
| vs. ) | |
| ) | |
| BMW FINANCIAL SERVICES, LLC., *et al* ) | |
| Defendants ) | |
| ) | |
| ) | |

1. I am the attorney representing the plaintiff and I make this declaration is support of my response to the pending Order to Show Cause by the courts own motion.

2. By virtue of the foregoing, I have personal knowledge of the facts set forth in this Declaration, and if called upon as a witness, could and would testify competently to these facts under oath.

3. My personal family issues had previously kept me from fully doing my responsibilities as I have had three family deaths in the past months, that being of my uncle, my cousin, and then my mom.

4. However, after these occurrences which had taken a toll on me personally, I had my own personal medical issues. I was seen by internal medicine doctor Shanna Hyunshil Choi, M.D., on June 18, 2012 for chest pains. The doctor did an EKG, and

- 1 -

|   |   |
|---|---|
| 1 | other heart related tests, and my chest wall had pain was the outcome.  See attached |
| 2 | exhibit "A" |
| 3  5. | My primary doctor Steven We Kin Lee, M.D. ordered me to see him on August 30, |
| 4 | 2012 as for concerns over my blood pressure and chest pains.  At that time various |
| 5 | tests were ordered and blood pressure medication was ordered, along with blood |
| 6 | testing as shown via exhibit "B". |
| 7  6. | My tests for blood work were collected on September 27, 2012 with results given on |
| 8 | September 28, 2012 as shown via exhibit "C".  The results were not well for my age |
| 9 | and normality.  The standard range for micro albumin is less than 20.00, with my |
| 10 | results being 648, which is over 30 times the normal limit.  This was also true as to |
| 11 | for micro albumin / creatine in the blood which should be less than 30, but my results |
| 12 | were 225. |
| 13  7. | I was told that there was leakage of blood in the urine which was due to damage to |
| 14 | my kidneys.  If persisted, there may be transfusions, dialysis, and kidney replacement |
| 15 | so further testing and ultrasounds were to be done. |
| 16  8. | I was instructed to lose weight, exercise, less stress, low sodium and low sugar diet, |
| 17 | as an initial step in this medical problem.  I was then retested again on November 1, |
| 18 | 2012, with results given on November 2, 2012.  The Micro albumin content had |
| 19 | decreased to 485, and the micro albumin / creatinine was 201.  Both levels had come |
| 20 | down with my losing close to 25 pounds.  See attached exhibit "D". |
| 21  9. | I was further seen by other doctors in the mean time, Dr. Kassabian, M.D. as a |
| 22 | urologist, and finally was referred to Dr. Bijan Nikakhtar M.D. at UCLA Medical |
| 23 | Center a specialist in Kidney.  Dr. Nikakhtar has been treating me with further |
| 24 | testing, such as 24 hour lab testing, oxygen therapy, wherein I have been ordered to |
| 25 | do ten sessions in a oxygen tank to replenish my oxygen in the body.  I have only |
| 26 | done a few tests thus far, as each is once a week and drains me after each session. |
| 27  10. | Further new blood works, ultrasounds, X-rays and EKG have been reordered for both |
| 28 | my Hearth and Kidnesy.  Although promising that the amount has been lowered, the |

3

    amounts are still significantly high for my age.  I have been further ordered to do testing to see if the damage to the kidneys are cancerous.  All this is to find out the cause of the damage, so that preventive action can be taken immediately.

11.     This is a life changing matter as there is damage to my kidneys, which I have always thought was lower back pain, however, the pain is due to the kidneys.  Both sides have been in pain and are being looked at to see the true cause.

12.     Adding more distress and sorrow, on Thanksgiving Day, my grandmother passed away.  This year has truly been a loss for words, and with my own health issues, my life has been in shambles.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.  Executed this November 24, 2012 Glendale, California.

                              */s/Arshak Bartoumian*
                              Arshak Bartoumian

# EXHIBIT "A"



**KAISER PERMANENTE.**

Member name: Arshak Bartoumian
Date of birth: 7/26/1972
Gender: Male
Primary care physician: STEVEN WE KIN LEE MD
Date printed: 11/24/2012

## Past visit information

### General information

**What:**
Office Visit with SHANNA HYUNSHIL CHOI MD

**When:**
Monday June 18, 2012 3:10 PM

**Where:**
INTERNAL MEDICINE (ERWIN STREET MEDICAL OFFICE U-ERWU)

**This visit's diagnosis:**
CHEST WALL PAIN
Essential Hypertension

**Phone:**
888-515-3500

### Vitals

**Blood Pressure:**
110/82

**Temperature:**
98

**Temp source:**
Tympanic

**Height:**
5' 9" (175.3 cm)

**Weight:**
240 lb (108.863 kg)

### Patient instructions

1) Take Ibuprofen 600mg 3 times a day with food
2) Follow up with PCP if symptoms persist or worsen

### Medications prescribed during this visit

| Name | Start date | Date stopped |
|---|---|---|
| Ibuprofen (MOTRIN) 600 mg Oral Tab | 6/18/2012 | |

EXHIBIT "B"

**KAISER PERMANENTE**

Member name: Arshak Bartoumian
Date of birth: 7/26/1972
Gender: Male
Primary care physician: STEVEN WE KIN LEE MD
Date printed: 11/24/2012

## Past visit information

### General information

**What:**
Office Visit with STEVEN WE KIN LEE MD

**When:**
Thursday August 30, 2012 11:30 AM

**Where:**
FAMILY PRACTICE (WOODLAND HILLS MEDICAL OFFICE U-NRSU)

**This visit's diagnosis:**
HYPERLIPIDEMIA (HIGH BLOOD FATS)
Essential Hypertension
PLANTAR FASCIITIS

**Phone:**
888-515-3500

### Vitals

**Blood Pressure:**
130/72

**Pulse:**
57

**Temperature:**
97.4

**Temp source:**
Tympanic

**Height:**
5' 9" (173.3 cm)

**Weight:**
241 lb (109.317 kg)

**Patient Instructions**

AVS - AFTER VISIT SUMMARY:

Blood pressure is controlled well.

Be better about taking losartan (Cozaar) daily.

Decrease Atenolol to 1/2 tab nightly (12.5mg nightly)

For your heel pain, please remember to wear comfortable and supportive shoes during the day. There are arch supports / insoles called Superfeet available at our Health Education office or at most sporting good stores. Stretch your planter arch before getting out of bed and before you sleep. You can make a rolling ice massage with a partially filled 0.5 liter plastic water bottle which you can roll under your feet. Tylenol may also help.

xrays of heel ordered. Can do with labs.

Labs ordered. Fasting instructions: no alcohol for 72 hours and no food for 14 hours prior to tests. Water ok. Please stay hydrated.

Main laboratory is located in the Lower Level of main hospital, entrance 4   hours are 9am-9pm Mon-Fri. Closed Sat/Sun/Holidays.

Northside lab is located on 1st floor of Northside building, entrance 6 - hours are 7am-5pm Mon-Fri and 7am-1pm Sat. Closed Sun/Holidays.

No appointments necessary for laboratory.

If you do not hear back regarding your results within one week of having them done, please give me a call at 888-515-3500 or email me (register at www.kp.org/register if you have access to a personal computer).

**Medications prescribed during this visit**

| Name | Start date | Date stopped |
|---|---|---|
| Losartan (COZAAR) 50 mg Oral Tab | 8/30/2012 | |

**Routine orders**

| Name | Type |
| --- | --- |
| ALT (ALANINE AMINOTRANSFERASE), SERUM | Lab |
| AST (ASPARTATE AMINOTRANSFERASE), SERUM | Lab |
| BLOOD UREA NITROGEN, SERUM | Lab |
| CBC WITHOUT DIFFERENTIAL | Lab |
| CREATININE, SERUM | Lab |
| ELECTROLYTES, SERUM | Lab |
| TSH (THYROID STIMULATING HORMONE) | Lab |
| MICROALBUMIN, URINE, QUANTITATIVE | Lab |
| FREE T4 | Lab |

EXHIBIT "C"

Test result details - Kaiser Permanente
Case 2:12-cv-07589-DSF-E Document 52 Filed 11/26/12 Page 14 of 16 Page ID #:534
Page 1 of 1


**KAISER PERMANENTE**

**Member name:** Arshak Bartoumian
**Date of birth:** 7/26/1972
**Gender:** Male
**Primary care physician:** STEVEN WE KIN LEE MD
**Date printed:** 11/24/2012

## Test results - MICROALBUMIN, URINE, QUANTITATIVE

For general information about a type of test procedure, click "About this test."

To compare test results over time, click the "View past results" button.

Minor abnormalities of test results are not unusual and may not be significant. They are subject to the interpretation of your health care practitioner.

### Component results

| Component | Your result | Standard range | Units |
|---|---|---|---|
| MICROALBUMIN, UR, QN, DETECTION LIMIT <= 20 MG/L | 648.2 | <20.0 | mg/L |
| CREATININE, URINE | 287.8 | NOT ESTABLISHED | mg/dL |
| MICROALBUMIN/CREATININE | 225.2 | <30.0 | ug/mgCREAT |

### General information

**Collected:**
9/27/2012 12:12 PM

**Date of results:**
9/28/2012 6:27 AM

**Ordered by:**
STEVEN WE KIN LEE MD

EXHIBIT "D""

Member name: Arshak Bartoumian
Date of birth: 7/26/1972
Gender: Male
Primary care physician: STEVEN WE KIN LEE MD
Date printed: 11/24/2012

## MICROALBUMIN, URINE, QUANTITATIVE

Printer-friendly version

For general information about a type of test procedure, click "About this test."

To compare test results over time, click the "View past results" button.

Minor abnormalities of test results are not unusual and may not be significant. They are subject to the interpretation of your health care practitioner.

Component results

| Component | Your result | Standard range | Units |
|---|---|---|---|
| MICROALBUMIN, UR, QN, DETECTION LIMIT <= 2.0 MG/L | 485.3 | <20.0 | mg/L |
| CREATININE, URINE | 241.2 | NOT ESTABLISHED | mg/dL |
| MICROALBUMIN/CREATININE | 201.2 | <30.0 | ug/mgCREAT |

General Information

Collected:
11/1/2012 4:57 PM

Date of results:
11/2/2012 3:14 AM

Ordered by:
STEVEN WE KIN LEE MD

Certain content delivered by MyChart®, licensed from Epic Systems Corporation. © 1999 to 2010, patents pending.

Back to top

To print this page: Use your browser's "Print" button, or select "File" then "Print" from your browser menu. If you have trouble printing, please click somewhere on this page and try again. To go back to the regular view, click the "Close" button below.

© 2009 Kaiser Permanente

Close